ORDERED.

Dated: July 10, 2019

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
ANNE DEVEREUX

CASE NO: 3:16-bk-02424-JAF  
Chapter 13

_____Debtor_____/

**ORDER COMPELLING DEBTOR TO PROVIDE ANNUAL TAX RETURNS (DE 59)**

Upon the Trustee's Motion to Dismiss for Failure to Provide Annual Tax Returns dated July 9, 2019, the Court is informed that the Debtor has failed to provide a copy of the annual federal income tax return, an extension for filing the return and/or an affidavit that no return is required by the Debtor for the 2018 federal tax year.

It is ORDERED

1)  Debtor shall provide to the Trustee a copy of the annual federal income tax return, a copy of an extension for filing the return and/or an original affidavit that no return is required for the 2018 federal tax year within fifteen (15) days of the date of this Order.

2)  In the event Debtor fails to provide the necessary information as set forth above within fifteen (15) days of this Order, the Court may dismiss or re-convert, if appropriate, the case on affidavit of the Trustee without further notice or hearing.  (For the purpose of this Order information is "received" upon receipt by the Trustee, not upon mailing or other service.)

Copies furnished to:
Anne Devereux, 740 Penman Road, Neptune Beach, FL 32266
Candyce M King Esquire, Candyce King Pa, 2219 Park St, Jacksonville, FL 32204

Trustee, Douglas W. Neway is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.